Argued and submitted November 3, reversed and remanded November 24, 1999

STATE OF OREGON,
*Appellant,*

*v.*

MOLLY ATKINSON,
*Respondent.*

(CR97-50863; CA A103194)

991 P2d 578

Katherine H. Waldo, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

J. Michael Alexnder argued the cause for respondent. With him on the brief was Burt, Swanson, Lathen, Alexander & McCann, P.C.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *State v. Gaffney*, 36 Or App 105, 583 P2d 582 (1978), *rev den* 285 Or 195 (1979).